### No. D-2585. In the Matter of Disbarment of Stephen Edward Ford.

564 U.S. 1002, 131 S. Ct. 3016, 180 L. Ed. 2d 840, 2011 U.S. LEXIS 4450.

June 13, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 630, 178 L. Ed. 2d 458, 2010 U.S. LEXIS 9022.